

IN THE
TENTH COURT OF APPEALS

No. 10-15-00137-CR

OVIDIU TUNAS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-18-C2

MEMORANDUM OPINION

Ovidiu Tunas appeals at least two counts of a conviction. He has not yet been sentenced on those counts. The notice of appeal reflects that sentencing will not occur until May 21, 2015.

There is no final judgment in this proceeding from which to appeal because sentencing has not been pronounced in open court. *See* TEX. R. APP. P. 26.2(a)(1). And because there is no final judgment, no certification of defendant's right to appeal has been, and cannot be, prepared by the trial court. *See* TEX. R. APP. P. 25.2(a)(2), (d).

We have no jurisdiction of this appeal.  Accordingly, the appeal is dismissed.[1]


TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 23, 2015
Do not publish
[CR25]



<hr />

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered.  TEX. R. APP. P. 49.1.  If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals.  TEX. R. APP. P. 68.2(a).